UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-64-T-17TGW

MARIO EMILIO TAMAYO-MEJIAS

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the United States' Motion for:

(1) A Forfeiture Money Judgment in the amount of $50,000.00; and

(2) A Preliminary Order of Forfeiture for approximately $30,000.00 in U.S. currency, as a substitute asset in partial satisfaction of the defendant's $50,000.00 forfeiture money judgment.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $50,000.00 from his participation in the conspiracy for which he pled guilty.

The Court further finds that the United States is entitled to forfeit approximately $30,000 in currency as a substitute asset, in partial satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant shall be held liable for a forfeiture money judgment in the amount of $50,000.00. The

defendant shall be held jointly and severally liable for the money judgment with co-defendants Carlos Velazquez-Roman, Edel Mesa-Hernandez, Jasmine Santos-Martinez, and Yoel Baez-Hernandez.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), the currency is hereby forfeited to the United States for disposition according to law, as a substitute asset in partial satisfaction of the defendant's $50,000.00 forfeiture money judgment.

The net proceeds from substitute asset shall go toward satisfaction of the defendant's Forfeiture Money Judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this  11th  day of AUGUST, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2