UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-64-T-17TGW

MARIO EMILIO TAMAYO-MEJIAS

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture for Substitute Asset, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure for approximately $30,000.00 in U.S. currency (the "Subject Funds") in partial satisfaction of the defendant's $50,000.00 Forfeiture Money Judgment. [Dkt. 439]

On August 11, 2014, the Court entered a Preliminary Order of Forfeiture for the Subject Funds described above.  Doc. 281.

The Court finds that in accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the Subject Funds on the official government website, www.forfeiture.gov, from August 12, 2014 through September 10, 2014. Doc. 339. The publication gave notice to all third parties with a legal interest in the Subject Funds to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

CASE No. 8:14-CR-64-T-17TGW

The Court further finds that, in accord with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via United States certified and first class mail to Yasmina Santos, Yeleinys Morejon Santos, and Maglay Molina, the only known parties with an alleged legal interest in the Subject Funds. No person or entity, other than the defendant (whose interest in the Subject Funds was forfeited to the United States in the Preliminary Order of Forfeiture), Yeleinys Morejon Santos and Magaly Molina, (neither person filed a claim), and Yasmina Santos (who was has no legal interest) are known to have an interest in the Subject Funds. No other third party has filed a petition or claimed an interest in the Subject Funds, and the time for filing a petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED. /DKT. 439

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the Subject Funds identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

2

CASE NO. 8:14-CR-64-T-17TGW

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this \_\_2ND\_\_ day of \_\_JUNE\_\_, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record

3