UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                            CASE NO.  8:14-CR-64-T-17TGW

MARIO EMILIO TAMAYO-MEJIAS.

_____/

ORDER

This cause is before the Court on:

Dkt. 540    Motion for Early Termination of Probation
Dkt. 543    Opposition

Defendant Mario Emilio Tamayo-Mejias moves for early termination of probation.
Defendant Tamayo-Mejias was sentenced to five years of probation on September 30,
2014.  Defendant Tamayo-Mejias states that Defendant has now completed half of the
probationary period without any violations, and that Defendant has complied with all
monetary and non-monetary terms of his supervision.

The Government has filed its Response in opposition to Defendant's Motion,
arguing that an early termination of probation is not appropriate.  Defendant's Motion
does not include a reason why early termination of his probation is warranted, either by
Defendant's conduct or by the interest of justice.  The Government further argues that ,
even if Defendant had provided some showing supporting early termination, application
of 18 U.S.C. Sec. 3553(a)'s factors weigh against early termination in this case.
Defendant Tamayo-Mejias pleaded guilty to serious offenses, and the Court has
already fully factored Defendant's cooperation into his probationary sentence.
Accordingly, it is

Case No. 8:14-CR-64-T-17TGW

**ORDERED** that Defendant Tamayo-Mejias' Motion for Early Termination (Dkt. 540) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 23rd day of March, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office